UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:07CV153

JEFFREY SCALES                                                                                                        PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                                             DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff Jeffrey Scales seeks Disability Insurance and Supplemental Security Income Benefits.  In a partially favorable decision, ALJ Reynolds found that beginning May 1, 2006, the claimant was disabled, resulting in an award of supplemental security income benefits (but not disability insurance benefits).  This matter was referred to United States Magistrate Judge W. David King who recommends that the final decision of the Commissioner be affirmed and the plaintiff's Complaint dismissed.

Plaintiff has timely filed objections to the Magistrate's Report, including the following numbered contentions: 1) the ALJ failed to sufficiently analyze whether claimant meets or equals Listing 1.04; and 2) the ALJ's pain and credibility analysis were legally insufficient.  Each of these issues was sufficiently addressed in the Magistrate Judge's Report and Recommendation.

In summary, this Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned.  The Court adopts the Magistrate Judge's Report and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1)      The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

      2)        The final Decision of the Commissioner denying benefits is AFFIRMED; and

      3)        Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.